■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDALL HYLAS, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Dasch* (79 AD2d 877). (Appeal from judgment of Monroe County Court—burglary, second degree.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.